IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION PLAN FOR PENSION TRUST
FUND FOR OPERATING ENGINEERS
et al.,

    Plaintiffs,

    v.

A PLUS MATERIALS RECYCLING,
INC. et al.,

    Defendants.

Case No. 16-cv-04568-CW

ORDER LIFTING STAY AND
GRANTING MOTION TO DISMISS

(Dkt. Nos. 62 & 64)

This case concerns whether Defendants are liable to Plaintiffs under the multiemployer pension plan withdrawal provisions of the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments Act of 1980. Plaintiffs and Defendant Don Lawley Company, Inc., filed a Joint Status Report informing the Court that (1) "Plaintiffs did not assess [Defendants] A Plus Materials Recycling, Inc. or A to Z Repair and Remodel, LLC," and (2) "Plaintiffs have decided to rescind the assessment against Defendant DLC." Joint Status Report, Docket No. 64 at 2. The Joint Status Report requests that the Court lift the stay in this case[1] and dismiss this action with prejudice.[2]

---

[1] On August 13, 2018, the Court rejected a claimed assessment against Defendants, stayed this case and instructed (1) Plaintiffs to notify DLC of any alleged partial withdrawal and A Plus and A to Z of any alleged complete withdrawal; (2) that the parties may then initiate arbitration in conformity with ERISA; and (3) that, if warranted, Plaintiffs may seek to lift the stay and request leave to file an amended complaint.

[2] A Plus, A to Z, DLC and Mr. Trucker are the only remaining defendants. Mr. Trucker did not respond to the complaint. The

The Court construes the Joint Status Report as Plaintiffs' motion to dismiss their claims against Defendants pursuant to Federal Rule of Civil Procedure 42(a)(2), which states that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." If a defendant "has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." Id. Here, no defendant has pleaded a counterclaim, and the Court finds the motion proper for the reasons stated in the Joint Status Report. Accordingly, the Court LIFTS the stay in this action, Docket No. 62; GRANTS Plaintiffs' motion to dismiss, Docket No. 64; DISMISSES WITH PREJUDICE Plaintiffs' claims against Defendants; and DIRECTS the Clerk of the Court to enter judgment and close this case. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 12, 2019

_____
CLAUDIA WILKEN
United States District Judge

---

Court determined that if Plaintiffs wished to pursue their claims against Mr. Trucker, Plaintiffs "will eventually need to pursue default." Order regarding motion and cross-motions for summary judgment, Docket No. 62 at 4. Plaintiffs have not pursued default. The Court dismissed with prejudice Plaintiffs' claims against Defendants Lawley Bros., LLC and Pennrod Capital, LLC.

2